ACCEPTED
04-15-00183-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/4/2015 10:29:21 AM
KEITH HOTTLE
CLERK



# NICHOLAS "NICO" LaHOOD
## Criminal District Attorney
### Bexar County, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

09/04/15 10:29:21 AM

KEITH E. HOTTLE
Clerk

September 4, 2015

Keith E. Hottle
Clerk of Court
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

RE: Richard Lares v. The State of Texas
04-15-00183-CR

Dear Mr. Hottle:

Appellant filed a pro se brief after his appointed counsel filed a brief under *Anders v. California*. The State waives a response to the pro se brief. If, however, the Court does not find that this appeal is not frivolous and determines there is an arguable ground for appeal, then the State will respond once the meritorious issues have been briefed by new counsel or appellant following remand. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

Respectfully,

/s/Andrew Warthen
Andrew Warthen
Assistant Criminal District Attorney
Bexar County, Texas
Elizondo Tower, 7th Floor
101 W. Nueva
(210) 335-2411

cc: Richard Lares
TDCJ #1592255

Paul Elizondo Tower　❋　101 W. Nueva Street, 4th Floor　❋　San Antonio, Texas 78205-3030
(210) 335-2311
For Victim Assistance call (210) 335-2105